1:25mj00001

# AFFIDAVIT OF PROBABLE CAUSE
# IN SUPPORT OF AN ARREST WARRANT

I, Chase Blevins, being duly sworn, do hereby state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017. I received my initial training and instruction to become a SA at the FBI Academy located in Quantico, Virginia. During my training at the FBI Academy, I received instruction on a variety of investigative and legal matters, including the Fourth Amendment, the drafting of search warrant affidavits, and probable cause. I am assigned to the Beaumont Resident Agency, within the Houston Field Office. I am trained and experienced in the investigation of federal criminal violations, including violent crime and national security matters.

2. As a result of my training and experience, I know that 18 U.S.C. § 2113(b) (bank larceny) makes it a crime to take and carry away, with intent to steal or purloin, any property or money or other thing of value exceeding $1,000 belonging to, or in the care, custody, control, management or possession of any bank, credit union, or any savings and loan association.

3. I am making this affidavit in support of an arrest warrant for **Kendrick Warren, Charles Byrd** and **Derrick Brooks** for violations of 18 U.S.C. § 2113(b). I have included only the facts necessary to establish probable cause that federal crimes have been committed. The information set forth in this affidavit was obtained during the course of my employment as an FBI SA, through personal observations, the

statements of witnesses, information supplied by other local and federal law enforcement officers, and other investigative activity.

4. On December 31, 2024, at approximately 1:14 p.m., two unidentified males wearing hoodies and face masks (the suspects) approached a Convergint ATM technician (the technician) who was servicing the Education First Federal Credit Union ATM located at 4350 Laurel Avenue in Beaumont, Texas. Beaumont is located within the Eastern District of Texas. The suspects stepped out of a red SUV later identified as a red Honda CR-V and ran towards the technician and told the technician to "move." The ATM technician moved out of the way and placed both of his hands into the air. The technician was on his cellphone at the time and stated that "[he] was being robbed." One of the suspects told the technician to "shut up." According to the technician, the suspects did not brandish a weapon or overtly threaten him. However, for his safety, the technician chose not to intervene or attempt to stop the theft from occurring.



**Probable Cause Affidavit-- Page 2**

5. Both suspects took six cassettes filled with cash and fled in the CR-V, travelling eastbound on Laurel. The technician described one male as wearing a green hoodie (red-like shirt underneath) with blue jeans and white shoes and the other suspect as wearing a dark colored (possibly black) hoodie, dark sweatpants and white shoes. They both wore gloves and masks. Education First Federal Credit Union reported $146,000 cash was taken from the ATM. The cash belonged to the Education First Federal Credit Union.



6. A witness in the area nearby recorded a partial license plate number for the CR-V, and provided the number to the Beaumont Police Department (BPD). Shortly after the incident, BPD located the CR-V parked down the street from the Education First Federal Credit Union in The Regency Apartments located at 4075 Laurel Avenue in Beaumont. The CR-V, was abandoned but still running, with no license plate. Also, there was a screwdriver and two screws located on the ground near the CR-V.

**Probable Cause Affidavit-- Page 3**



7. BPD was able to identify the full license plate number for the CR-V's paper plate to be "3C5805J." BPD reviewed license plate reader (LPR) data to identify the CR-V's movements. The search of BPD databases revealed that the CR-V had utilized the paper plate and traveled to several different locations in Beaumont. Furthermore, reviewing the CR-V movement throughout Beaumont, detectives identified a black Chevrolet Silverado, bearing Texas plate NVK-7402 (the Chevrolet truck) that was traveling with the CR-V and making similar stops within the Beaumont area.



**Probable Cause Affidavit-- Page 4**



8. Detectives learned that the Chevrolet truck was owned by **Brooks**, and further investigation revealed that it was the true "getaway vehicle." In real time, investigators were able to review available databases to determine the Chevrolet truck's location and direction of travel as it was headed toward Houston, Texas. Houston Police Department (HPD) was contacted and briefed on the incident. HPD then passed information to Texas Department of Public Safety (DPS) troopers who performed a traffic stop on the Chevrolet truck at 738 Lathrop Street in Houston, at approximately 3:24 p.m.

9. The DPS trooper identified the Chevrolet truck's three occupants as follows: **Charles Byrd** was the driver; **Kendrick Warren** was the front seat passenger, and **Derrick Deshaun Brooks** was the backseat passenger.

10. Investigators searched the Chevrolet truck and found a $146,000 in cash concealed within a pair of dark blue sweatpants located inside the Chevy truck's toolbox.

**Probable Cause Affidavit-- Page 5**



11. Additionally, investigators found a black hoodie, grey and black air Jordans, and grey and black gloves that matched the technician's description of clothing worn by the suspects. Further, investigators found paper plate "3C5805J" (the plate from the CR-V) located under the middle seat console.



**Probable Cause Affidavit-- Page 6**



12. Accordingly, based upon all the information contained herein, there is probable cause to believe that **Kendrick Warren, Charles Byrd** and **Derrick Brooks**, aiding and abetting one another, violated 18 U.S.C. §§ 2113(b) and 2 on December 31, 2024 in Beaumont, Texas.

/c/ Chase Blevins
Chase Blevins
Special Agent, FBI

Sworn and subscribed this 7th day of January, 2025.

ZACK HAWTHORN
UNITED STATES MAGISTRATE JUDGE

**Probable Cause Affidavit-- Page 7**